NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENDRICK WILLIAMS,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3113

---

Appeal from an Arbitrator's decision in FMCS No. 10-50903 by Sidney S. Moreland.

---

**JUDGMENT**

---

AARON L. MARTIN, Martin & Kieklak Law Firm, of Fayetteville, Arkansas, argued for petitioner.

HILLARY A. STERN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 14, 2012            /s/ Jan Horbaly
        Date                       Jan Horbaly
                                      Clerk